UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| In Re:<br>SMITH, SHEENA L.<br>Debtor | Case No.    20-10310-TPA<br><br>Chapter 7 |
| TAMERA OCHS ROTHSCHILD<br>Trustee | Document No. |
| v. | Related Document No. |
| NO RESPONDANTS | Hearing Date: |
| | Objection Deadline: |

---

**INTERIM STATUS REPORT OF TRUSTEE**

---

Tamera Ochs Rothschild, Trustee of this case, reports the status of this case as follows:

1. On 04/29/20, an order for relief under Chapter 7 of the Bankruptcy Code was entered in this case.

2. Tamera Ochs Rothschild was appointed Trustee in the above captioned matter.

3. The Meeting of Creditors was held on June 12, 2020, at which time it appeared that the real estate of Debtor might have equity sufficient to pay a meaningful distribution to general unsecured creditors.

4. Trustee filed a Notice of Asset, proofs of claim were filed, and she talked to interested purchasers and showed the property.

5. Trustee has had no offers sufficient to pay any distribution to unsecured creditors, and does not believe increasing marketing time, retaining a broker and expending/incurring other costs will improve the probability of a successful administration.

6. Trustee will be filing a report of no asset.

Respectfully Submitted,

Dated: August 13, 2020

/s/ Tamera Ochs Rothschild_____
Tamera Ochs Rothschild,
Tamera Ochs Rothschild, Trustee/Pro Se
PA ID 50466
318 West Spring St.
Titusville, PA 16354
(814) 827-2760
FAX: (814) 827-2840
trothschild@gmx.com