**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Sheena L. Smith** | Social Security number or ITIN  **xxx−xx−0371** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **20−10310−TPA** | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sheena L. Smith

8/19/20

**By the court:**  Thomas P. Agresti
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318          **Order of Discharge**          page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 20-10310-TPA
Sheena L. Smith                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: admin              Page 1 of 2           Date Rcvd: Aug 19, 2020
                               Form ID: 318             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db          +Sheena L. Smith,   84 Fraternity Drive,   Apt. 3,   Clarion, PA 16214-6071
15236256    +Ad/Comenity/Peebles,   PO Box 182789,   Columbus, OH 43218-2789
15236259    +Asset Recovery Associates,   P.O. Box 5002,   Villa Park, IL 60181-5002
15236261    +Capital One,   PO Box 71087,   Charlotte, NC 28272-1087
15236265    +Comenity Capital Bank/Big Lots Credit,   PO Box 182120,   Columbus, OH 43218-2120
15236268     Holiday Financial Services,   22631 Route 68 Clarion Mall Suite 400,   Clarion, PA 16214
15236269     Home Depot Services,   PO Box 9001010,   Louisville, KY 40290-1010
15236271     Lendmark Financial Services,   2118 Usher St,   Suite 200,   Conyers, GA 30094-5173
15236270    +Lendmark Financial Services,   180 Pullman Square,   Butler, PA 16001-5640
15236276     PennyMac Loan Services, LLC,   PO Box 660929,   Dallas, TX 75266-0929
15236278    +Private National Mortgag,   PO Box 514387,   Los Angeles, CA 90051-4387
15236279    +S&T Bank,   P.O. Box 190,   Indiana, PA 15701-0190
15236280    +S&T Bank,   PO Box 356,   Indiana, PA 15701-0356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2020 03:54:33
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA   17128-0946
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2020 03:54:33    Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA   17128-0946
cr          +EDI: PRA.COM Aug 20 2020 07:28:00    PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
15236257    +EDI: GMACFS.COM Aug 20 2020 07:28:00    Ally Financial,   P.O. Box 380901,
             Minneapolis, MN 55438-0901
15236258     EDI: GMACFS.COM Aug 20 2020 07:28:00    Ally Payment Processing,   PO Box 9001951,
             Louisville, KY 40290-1951
15236260     EDI: WFNNB.COM Aug 20 2020 07:28:00    Big Lots,   PO Box 659707,   San Antonio, TX 78265-9707
15236255    +EDI: CAPITALONE.COM Aug 20 2020 07:28:00    Capital One,   P.O. Box 30285,
             Salt Lake City, UT 84130-0285
15256788     EDI: CAPITALONE.COM Aug 20 2020 07:28:00    Capital One Bank (USA), N.A.,
             by American InfoSource as agent,   PO Box 71083,   Charlotte, NC  28272-1083
15236262     EDI: CAPITALONE.COM Aug 20 2020 07:28:00    Capital One Bank USA NA,   P.O. Box 30281,
             Salt Lake City, UT 84130-0281
15236264     EDI: WFNNB.COM Aug 20 2020 07:28:00    Comenity Capital Bank,   PO Box 183003,
             Columbus, OH 43218-3003
15236263     EDI: WFNNB.COM Aug 20 2020 07:28:00    Comenity Capital Bank,   Bankruptcy Department,
             P.O. Box 183043,   Columbus, OH 43218-3043
15236266     EDI: DISCOVER.COM Aug 20 2020 07:28:00    Discover,   PO Box 6103,
             Carol Stream, IL 60197-6103
15258957     EDI: DISCOVER.COM Aug 20 2020 07:28:00    Discover Bank,   Discover Products Inc,
             PO Box 3025,   New Albany Ohio 43054-3025
15236267    +EDI: DISCOVER.COM Aug 20 2020 07:28:00    Discover Finl Svc LLC,   PO Box 15316,
             Wilmington, DE 19850-5316
15255570     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2020 03:59:17    LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15236272     EDI: RMSC.COM Aug 20 2020 07:28:00    Old Navy Visa/SYNCB,   PO Box 960017,
             Orlando, FL 32896-0017
15236273     EDI: AGFINANCE.COM Aug 20 2020 07:28:00    OneMain,   Kimberly Plaza,   17 Kimberly Ln Ste 2A,
             Cranberry, PA 16319-3141
15236274     EDI: AGFINANCE.COM Aug 20 2020 07:28:00    OneMain Financial,   PO Box 1010,
             Evansville, IN 47706-1010
15236277     EDI: PRA.COM Aug 20 2020 07:28:00    Portfolio Recovery Associates LLC,   P.O. Box 12914,
             Norfolk, VA 23541-1223
15277060    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2020 03:59:17    PYOD, LLC,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
15236275    +EDI: WFNNB.COM Aug 20 2020 07:28:00    Peebles,   PO Box 659465,   San Antonio, TX 78265-9465
15255578     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2020 03:59:17
             Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
15236282     EDI: RMSC.COM Aug 20 2020 07:28:00    SYNCB/Old Navy,   PO Box 965005,
             Orlando, FL 32896-5005
15236283     EDI: RMSC.COM Aug 20 2020 07:28:00    SYNCB/Sams Club,   PO Box 965005,
             Orlando, FL 32896-5005
15236281     EDI: RMSC.COM Aug 20 2020 07:28:00    Sam's Club/SYNCB,   P.O. Box 960013,
             Orlando, FL 32896-0012
15236284     EDI: RMSC.COM Aug 20 2020 07:28:00    Synchrony Bank,   ATTN: Bankruptcy Dept,
             P.O. Box 965060,   Orlando, FL 32896-5060
15236671    +EDI: RMSC.COM Aug 20 2020 07:28:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 27

```
District/off: 0315-1           User: admin                    Page 2 of 2                    Date Rcvd: Aug 19, 2020
                               Form ID: 318                   Total Noticed: 40

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PENNYMAC LOAN SERVICES, LLC
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                       Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Sharon L. Smith    on behalf of Debtor Sheena L. Smith slschmedler@gmail.com,
               slschmedler@gmail.com
              Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
              Tamera Ochs Rothschild    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com,
               pa70@ecfcbis.com
                                                                                                    TOTAL: 5
```